# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PERIRX, INC.,** : | |
| : | **Case No. 2:20-cv-02212-JDW** |
| *Plaintiff,* : | |
| : | |
| v. : | |
| : | |
| **THE REGENTS OF THE UNIVERSITY** : | |
| **OF CALIFORNIA,** *et al.*, : | |
| : | |
| *Defendants*. : | |

## ORDER

**AND NOW**, this 19th day of November, 2020, upon consideration of Defendant EZLife Bio, Inc.'s Motion to Dismiss (ECF No. 42), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and Plaintiff's claims against EZLife (Counts XIII and XV of the Complaint) are **DISMISSED**.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge