# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PERIRX, INC.,** : | |
| *Plaintiff,* : | Case No. 2:20-cv-02212-JDW |
| v. : | |
| **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**, *et al.*, : | |
| *Defendants*. : | |

## ORDER

**AND NOW**, this 10th day of January, 2022, upon consideration of Defendant RNAmeTRIX, Inc.'s Motion For Summary Judgment (ECF No. 121) and Plaintiff PeriRx, Inc.'s Motion For Summary Judgment With Respect To The Amended Complaint (ECF No. 122), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. RNA's Motion For Summary Judgment (ECF No. 121) is **GRANTED**;

2. PeriRx's Motion For Summary Judgment With Respect To The Amended Complaint (ECF No. 122) is **DENIED** with respect to its claims against RNA; and

3. In light of the foregoing, and the Court's prior Order (ECF No. 163), **JUDGMENT IS ENTERED** in favor of Defendants RNAmeTRIX, Inc. and the Regents of the University of California and against Plaintiff PeriRx, Inc.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON