**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PERIRX, INC.,** | : | |
| | : | Case No. 2:20-cv-02212-JDW |
| *Plaintiff,* | : | |
| **v.** | : | |
| | : | |
| **THE REGENTS OF THE UNIVERSITY** | : | |
| **OF CALIFORNIA,** *et al.*, | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

## ORDER

**AND NOW**, this 3rd day of March, 2022, upon consideration of Defendant the Regents of the University of California's Petition For Costs And Fees Pursuant To The Court's Order On Sanctions Against PeriRx And Its Counsel (ECF No. 168), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Petition is **GRANTED IN PART**, and PeriRx shall pay $20,563.67 to the Regents within 14 days of the date of this Order.

It is **FURTHER ORDERED** that the Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON